IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PRONHORN DEVELOPMENT, Ltd., a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL AUCTION GROUP, INC.,<br><br>Defendant. | 03-3004-CV-S-ODS<br><br>Case No.:<br><br>Hon: _____ |

### SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

1. The following Exhibits to the Notice of Removal of Civil Action by Siegel Sevastianos, PC and Lathrop & Gage, L.C., as Counsel for Defendant The National Auction Group, Inc. are available upon request.

   (a) Petition

   (b) Affidavit in Support of Attachment

   (c) Interrogatories to Defendant

   (d) Request for Production to Defendant

   (e) Writ of Attachment

   (f) Order

   (g) Interrogatories to Garnishee – Wiles Abstract & Title Co., Inc.

   (h) Summons

   (i) Answer to Interrogatories to Garnishee – Wiles Abstract & Title Co., Inc.

2. The undersigned hereby certifies that a true copy of this summary was served electronically on all attorneys of record, according to this Court's notice of electronic filing and

SPFDDOCS 99104v1

that a copy was served by regular mail, postage prepaid, to the attorneys of record that did not receive electronic notice on this 6th day of January, 2003.

SIEGEL SEVASTIANOS, PC

NOEL A. SEVASTIANOS, MBN 45970
Attorney for Defendant
120 South Central Avenue, Suite 130
St. Louis, MO 63105-1705
314-725-7577/Phone
314-862-8050/Fax

LATHROP & GAGE L.C.

By: _____
JASON R. BROWN, MBN 38444
Co-Counsel for Defendant
1845 S. National
P.O. Box 4288
Springfield, MO 65808-4288
Telephone: 417-886-2000
Facsimile: 417-886-9126

SPFDDOCS 99104v1