IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PRONGHORN DEVELOPMENT, Ltd., a Wyoming Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 03-3004-CV-S-ODS ) ) |
| THE NATIONAL AUCTION GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

## **JOINT STATUS REPORT AND MOTION TO MODIFY**

COME NOW, Plaintiff and Defendant, jointly and by and through their respective counsel, and hereby advise the Court that they have reached a tentative agreement to resolve this matter. The agreed upon resolution will be fully consummated and finalize by August 2, 2004, at which time the parties would expect to file a Stipulation for Dismissal, With Prejudice.

WHEREFORE, the parties jointly and respectfully pray for the Court to stay this matter until August 2, 2004; that the Court order the parties to either submit a Stipulation for Dismissal or a Status Report no later than by August 12, 2004; that the Court modify its prior order and relieve the parties of the need to file a Status Report on or about July 21, 2004; and for such other and further relief as the Court deems just.

LATHROP & GAGE L.C.

By: __/s/ Jason R. Brown_____
JASON R. BROWN, MBN 38444
Co-Counsel for Defendant
1845 S. National
P.O. Box 4288
Springfield, MO 65808-4288
Telephone: 417-886-2000
Facsimile: 417-886-9126

SPFDDOCS 192087v1

                                                                           __ /s/ Richard D. Moore_____
Richard D. Moore, Mo. Bar #20946
Brill, Moore & Wagoner, PC
PO Box 527
West Plains, MO 65775

SPFDDOCS 192087v1