IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRONGHORN DEVELOPMENT, Ltd., a Wyoming Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 03-3004-CV-S-ODS |
| vs. | ) ) | |
| THE NATIONAL AUCTION GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

COME NOW, the parties hereto, by and through their respective counsel of record and hereby agree and stipulate that all claims shall be dismissed, with prejudice, with each party to pay its own court costs.

          LATHROP & GAGE L.C.

          By: __/s/ Jason R. Brown_____
          JASON R. BROWN, MBN 38444
          Co-Counsel for Defendant
          1845 S. National
          P.O. Box 4288
          Springfield, MO 65808-4288
          Telephone: 417-886-2000
          Facsimile: 417-886-9126

          __ /s/ Richard D. Moore_____
          Richard D. Moore, Mo. Bar #20946
          Brill, Moore & Wagoner, PC
          PO Box 527
          West Plains, MO 65775