IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PRONGHORN DEVELOPMENT, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-3004-CV-S-ODS |
| ) | |
| THE NATIONAL AUCTION GROUP, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties stipulation (Doc. # 36) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned matter is dismissed with prejudice. Each party is to bear its own costs.

IT IS SO ORDERED.

DATE: October 1, 2004

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT